Robert Madden and Lena Madden, Appellants, v. James Chandler et al., Appellees.

Gen. No. 44,382. 

opinion filed May 24, 1948; rehearing denied June 7, 1948; released for publication June 8, 1948. Temple & Wimbish, for appellants; George N. Leighton, of counsel; Alvin Edelman, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

Jack W. Fisher, Appellee, v. Michael Allen, Appellant.

Gen. No. 44,427. 

opinion filed May 24, 1948; released for publication June 8, 1948. Samuel Levin and Arnold F. Berger, for appellant; Robert E. Dunne, for appellee; John T. McGrath, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.